IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**JEFF D. RUSSELL,**

       Plaintiff,

  vs.                          Civil Action 2:05-CV-138
                                Judge Holschuh
                                Magistrate Judge King

**FLEET CREDIT CARD SERVICES,**
*et al.,*

       Defendants.


<u>**ORDER**</u>

On May 19, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motion to remand be denied.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**.  The plaintiff's motion to remand is **DENIED**.


Date: June 13, 2005                            <u>**/s/ John D. Holschuh**</u>
                                                        John D. Holschuh, Judge
                                                        United States District Court